### BIRGE, Respondent, v. BERLIN IRON BRIDGE CO. et al., Appellants.

(*Supreme Court, General Term, Third Department.* February 12, 1892.)

On motion for reargument. Denied. For decision on appeal, see 16 N. Y. Supp. 596.
Argued before MAYHAM, PUTNAM, and HERRICK, JJ.

*Daniel Magone, (Thomas Spratt,* of counsel,) for appellants. *A. D. Wales* and *George R. Malby,* for respondent.

MAYHAM, J. I see no beneficial purpose that can be attained by a reargument of this case at general term of this court. The questions of law were fully considered on the hearing before this court, and a conclusion reached by a majority of the court, which, on a reargument, would in all probability be adhered to, especially as the court is not now constituted as it was at the time of the former argument and decision. Nor do I think any time or expense would be saved by such reargument, as the questions involved will not probably be satisfactorily settled, except upon the decision of the court of appeals. I think, therefore, that the motion for reargument should be denied.